IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SANDRA NEWBERRY,

    Plaintiff,　　　　　　　　　　　11cv0221
　　　　　　　　　　　　　　　　　　　　**ELECTRONICALLY**
  v.　　　　　　　　　　　　　　　　**FILED**

VICKI LENHART

    Defendant.

## Order of Court

**AND NOW, this 25th day of February, 2011**, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

The Clerk of Court is directed to mark this case closed.

                       **SO ORDERED** this 25th day of February, 2011.

                       s/Arthur J. Schwab
                       Arthur J. Schwab
                       United States District Judge

cc: All Registered ECF Counsel and Parties

Sandra Newberry, Pro Se
50 West Main Street, Suite 1005
Uniontown, PA 15401